TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00755-CV







In re Edwin A. Epstein, Jr. Operating Company, Inc.








ORIGINAL PROCEEDING FROM BELL COUNTY






M E M O R A N D U M O P I N I O N




 Relator Edwin A. Epstein, Jr. Operating Company has filed a petition for writ of
mandamus seeking relief from the trial court's order compelling arbitration. We deny the petition
for writ of mandamus. Tex. R. App. P. 52.8(a).



 

 Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Filed: January 24, 2003